UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D

NOV 13 2009

CLERK'S OFFICE
DETROIT

MOHAMMAD HASAN, #349569,

      Petitioner,

VS

NICK LUDWICK,

      Respondent,

CASE NO. 2:08-CV-12232
HON. STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE
HON. VIRGINA MORGAN
U.S. MAGISTATE JUDGE

PETITIONERS REQUEST FOR ORDER REQUIRING
RESPONDENT TO FILE AN ANSWER TO THE PETITION
FOR WRIT OF HABEAS CORPUS AS ORDERED BY THE COURT ON 6/9/08

NOW COMES THE PETITIONER MOHAMMAD HASAN, IN PRO PER AND HEREBY MOVES THIS COURT TO ENTER AN ORDER DIRECTING THE RESPONDENT TO FILE A RESPONSIVE PLEADING AS ORDERED ON JUNE 9, 2008 IN ACCORDANCE WITH RULE 5, RULES GOVERNING SECTION 2254 CASES AND THIS RESPONSE WAS TO BE FILED AND SERVED UPON PETITIONER BY AUGUST 11, 2008, AS THAT PETITIONER HAS NOT RECEIVED A RESPONSE/REPLY FROM RESPONDENT AS OF THE DATE OF THIS WRITING.

GRANT A RESPONSIVE PLEADING IS ORDERED BY THE COURT.

RESPECTFULLY SUBMITTED,

MR. MOHAMMAD HASAN
PRO SE PETITIONER
#349569-3-107T
ST. LOUIS CORRECTIONAL FACILITY
8585 N. CROSWELL ROAD
ST. LOUIS, MI 48880

CERTIFICATE OF SERVICE

I, SWEAR THAT I MAILED A COPY OF THIS PLEADING TO: LAURA COOK--ASSISTANT ATTORNEY GENERAL--APPELLATE DIVISION--P.O. BOX 30217--LANSING, MI 48913 BY PLACING SAID PLEADINGS IN A SEALED ENVELOPE WITH FIRST CLASS POSTAGE PAID IN FULL IN ST. LOUIS, MI 48880 IN THE PRISONER INSTITUTIONAL MAILING SYSTEM FOR DELIVERY TO ABOVE ADDRESS. THIS BEING DONE ON NOVEMBER 9, 2009.

MOHAMMAD HASAN
PRO SE PETITIONER