UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MOHAMMAD HASAN,

      Petitioner,

v.                                                          CASE NO. 08-12332
                                                            HONORABLE STEPHEN J. MURPHY, III
NICK LUDWICK,

      Respondent.

_____/

**ORDER (1) DENYING PETITIONER'S REQUEST FOR
AN ORDER REQUIRING THE STATE TO FILE AN ANSWER,
(2) DIRECTING THE CLERK TO MAIL A COPY
OF THE STATE'S ANSWER TO PETITIONER, AND
(3) GRANTING PETITIONER FIFTY-SIX DAYS TO FILE A REPLY**

On May 30, 2008, petitioner Mohammad Hasan filed a petition for the writ of habeas corpus challenging his Oakland County convictions for kidnapping, criminal sexual conduct, and assault with intent to do great bodily harm less than murder. On December 11, 2008, respondent Nick Ludwick filed an answer to the petition through counsel. Hasan apparently never received a copy of the answer, for on November 13, 2009, he filed a "Request for Order Requiring Respondent to File an Answer to the Petition for Writ of Habeas as Ordered by the Court on 6/9/08."

Hasan's request [Dkt. #10] is **DENIED** because the State has already filed its answer to the habeas petition. Because, however, Hasan alleges that he did not receive the responsive pleading, the Clerk of Court is **ORDERED** to mail a copy of the State's answer to Hasan with a copy of this order. Hasan shall have **fifty-six (56) days** from the date of

this order to file a reply to the answer.  Thereafter, the Court will adjudicate the issues without further notice.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated:  April 30, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 30, 2010, by electronic and/or ordinary mail.

s/Alissa Greer
Case Manager