UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

F I L E D

OCT 26 2010

CLERK'S OFFICE
DETROIT

MOHAMMAD HASAN,

PETITIONER,
@ MICHIGAN REFORMATORY
1342 West Main Street
IONIA, Michigan 48846
V.

NICK LUDWICK,

RESPONDENT.

CASE NO. 08-12332

HON. STEPHEN J. MURPHY III

U.S. DISTRICT JUDGE

## PETITIONERS NOTICE OF APPEAL

PETITIONER MOHAMMAD HASAN REQUESTS TO APPEAL THE DECISION OF THE DISTRICT COURT THAT HIS WRIT OF HABEAS CORPUS BE DENIED. THIS ORDER WAS DATED OCTOBER 13, 2010. PETITIONER ALSO REQUESTS THAT HE BE APPOINTED COUNSEL TO REPRESENT HIM WITHIN THE U.S. COURT OF APPEALS IN ACCORDANCE WITH 18 U.S.C. § 3006 A (G).

DATED THIS OCTOBER 20, 2010

SINCERELY,

MOHAMMAD HASAN #349569

Case 2:08-cv-12332-SJM-VMM   ECF No. 15, PageID.1308   Filed 10/26/10   Page 2 of 3

Prisoner Name: Mohammad Hasan

Prisoner Number: 349569

DEERFI████████████AL FACILITY

17████████████oad

Io████████48

Michigan Reformatory
1342 West Main Street
Ionia, Mich 48846

To: United States District Court
Eastern District of Michigan
231 West Lafayette Blvd.~Room 554
Detroit, Mich. 48226

UNITED STATES POSTAGE

PITNEY BOWES

02 1A
0004634787   OCT 25 2010   $ 00.44°
MAILED FROM ZIP CODE 48846

48226∙2794